1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DALTON RUSH, D-73321, | ) ) | |
| Petitioner, | ) ) | No. C 10-5704 CRB (PR) |
| vs. | ) ) | ORDER DISMISSING |
| R. GROUNDS, Acting Warden, | ) ) | PETITION FOR A WRIT OF HABEAS CORPUS |
| Respondent(s). | ) ) | |
| | ) | |

11

12

13

14

15

16

17        Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2254

18   challenging the Governor of California's February 25, 2009 decision reversing

19   the California Board of Parole Hearings' (BPH) October 3, 2008 decision

20   granting him parole.  Petitioner specifically claims that the Governor's decision

21   does not comport with due process because it is not supported by some evidence

22   demonstrating that he poses a current unreasonable threat to the public.

23        In the context of parole, a prisoner subject to a parole statute similar to

24   California's receives adequate process when he is allowed an opportunity to be

25   heard and is provided with a statement of the reasons why parole was denied.

26   Swarthout v. Cooke, No. 10-333, slip op. at 4-5 (U.S. Jan. 24, 2011).  The

27   attachments to the petition shows petitioner received at least this amount of

28   process.  The Constitution does not require more.  Id. at 5.

1    Whether the Governor's decision was supported by some evidence of

2  current dangerousness is irrelevant in federal habeas.  The Supreme Court has

3  made clear that "it is no federal concern . . . whether California's 'some evidence'

4  rule of judicial review (a procedure beyond what the Constitution demands) was

5  correctly applied."  Id. at 6.

6    For the foregoing reasons, the petition for a writ of habeas corpus is

7  DISMISSED.  And pursuant to Rule 11 of the Rules Governing Section 2254

8  Cases, a certificate of appealability (COA) under 28 U.S.C. § 2253(c) is DENIED

9  because it cannot be said that "reasonable jurists would find the district court's

10  assessment of the constitutional claims debatable or wrong."  Slack v. McDaniel,

11  529 U.S. 473, 484 (2000).

12    The clerk shall enter judgment in accordance with this order and close the

13  file.

14  SO ORDERED.

15  DATED:  Jan. 28, 2011

CHARLES R. BREYER
16  United States District Judge

17

18

19

20

21

22

23

24

25

26

G:\PRO-SE\CRB\HC.10\Rush, R1.dismissal.wpd
27

28                                              2